# UNITED STATES DISTRICT COURT

**District of Minnesota**

Microsoft Corporation,

Plaintiff(s)

-vs- Civil Action 01-2266 ADM/AJB

Dat Computer Knowledge, Inc. a MN corporation and Dan Blowers an individual,

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

It appearing that defendant(s) Dat Computer knowledge, Inc is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

DAT Computer Knowledge, Inc., a Minnesota corporation

this 7 day of March, 2002.

RICHARD D. SLETTEN, CLERK

By Mary Kaye Conery
Mary Kaye Conery, Deputy Clerk