**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff,

vs.

DAT COMPUTER KNOWLEDGE, INC., a Minnesota corporation; and DAN BLOWERS, an individual,

Defendants.

Case No. 01-CV-2266 ADM/AJB

**ORDER FOR PERMANENT INJUNCTION**

Having considered Microsoft Corporation's ("Microsoft") Application for Entry of Default Judgment and Permanent Injunction, Memorandum of Points and Authorities in Support of Plaintiff Microsoft's Application for Entry of Default Judgment, the Declarations of Kara L. Benson, Laurie Stein, and John David Leyba in support thereof, the Complaint, and other papers in the Court's file in this matter,

**THE COURT ORDERS AS FOLLOWS:**

Defendant DAT Computer Knowledge, Inc., a Minnesota corporation, ("Computer Knowledge"), its directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those acting in concert or participation with them shall be, and hereby are, PERMANENTLY ENJOINED and restrained from:

(a) imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark and/or Service Mark Registration Numbers:

(1) 1,200,236 ("MICROSOFT");

FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

(2) 1,256,083 ("MICROSOFT");

(3) 1,816,354 (WINDOWS FLAG LOGO);

(4) 1,815,350 (COLORED WINDOWS LOGO);

(5) 1,872,264 ("WINDOWS");

(6) 1,475,795 ("POWERPOINT");

(7) 1,741,086 ("MICROSOFT ACCESS");

(8) 1,592,783 ("BOOKSHELF");and

(9) 2,188,125 ("OUTLOOK");

or the software programs, components, EULAs, items or things protected by the following Certificate of Copyright Registration Nos.:

(1) TXu 649-511 ("Windows 95");

(2) TX 4-687-920 ("Windows 98");

(3) TX 4-395-984 ("Office 97(Professional Edition)");

(4) TX 4-395-639 ("Access 97");

(5) TX 4-395-640 ("Excel 97");

(6) TX 4-395-686 ("Outlook 97");

(7) TX 4-395-685 ("PowerPoint 97"); and

(8) TX 4-395-687 ("Word 97");

or any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

(b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service

mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, item, or thing that has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

(e) using the names, logos, or other variations thereof any of Microsoft's copyright and/or trademark-protected software programs in any of the Defendant's trade or corporate names;

(f) disposing of or destroying any documents or related materials that indicate, reference, or otherwise evidence that the Defendant has installed, marketed, manufactured, distributed, advertised, and/or duplicated counterfeit or infringing software programs or other components or items which either bear any of Microsoft's trademarks or service mark, or incorporate or include any of Microsoft's copyrighted software programs and/or components, or any other simulations, copies, colorable imitations, or counterfeits of any of Microsoft's copyrighted and/or trademark-protected software programs and/or components;

(g) engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights, or constituting any dilution of Microsoft's name, reputation, or goodwill; and

(h) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (g) above.

**IT IS SO ORDERED.**

DATED: June 5, 2002

The Honorable Ann D. Montgomery
United States District Judge

M2:20447813.01