# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Microsoft Corporation,

v.

DAT Computer Knowledge, Inc.,

Case No. Civil 01-2266 ADMAJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Defendant DAT Computer Knowledge is liable to Microsoft for willful copyright infringement of certain named works;

2. Defendant DAT Computer Knowledge is liable to Microsoft for wilful trademark infringement under federal law, 15 U.S.C. 1114, et sec, resulting from its use in commerce of Microsoft's trade dress and use and imitation of the certain named Trademarks and/or Service Mark Registration Numbers;

3. Defendant DAT Computer Knowledge, Inc., is liable to Microsoft for unfair competition and deceptive trade practices under federal law, 15 U.S.C. 1125 and under the laws of the State of MN;

4. Microsoft is hereby awarded judgment against defendant DAT Computer Knowledge, In., as follows: 1. Statutory Damages - $1,040,000.00; b. Attorneys' fees - $5,010.00; c. Costs - $444.00; Total Judgement - $1,045,454.00

5. This judgment shall accrue interest, compounded annually, pursuant to 28 U.S.C. 1961.

6. Defendant DAT Computer knowledge, Inc .shall be permanently enjoined from further infringing any of Microsoft's copyrights and trademarks, according to the terms of the Permanent Injunction order issued by the Court on this dated.

DATE: June 6, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk