**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

MICROSOFT CORPORATION, a
Washington corporation,

Plaintiff,

Case No. 01-CV-2266 ADM/AJB

vs.

DAT COMPUTER KNOWLEDGE, INC., a
Minnesota corporation; and DAN BLOWERS,
an individual,

Defendants.

**PERMANENT INJUNCTION AGAINST DEFENDANT DAN BLOWERS**

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that Defendant Dan Blowers ("Blowers"), his agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with him, shall be and hereby is PERMANENTLY ENJOINED and restrained from:

(a) imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark and/or Service Mark Registration Numbers:

(1) 1,256,083 ("MICROSOFT");

(2) 1,200,236 ("MICROSOFT");

(3) 1,872,264 ("WINDOWS");

(4) 1,816,354 (WINDOWS FLAG LOGO);

(5) 1,815,350 (COLORED WINDOWS LOGO);

FILED JAN 17 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(6) 1,475,795 ("POWERPOINT");

(7) 1,741,086 ("MICROSOFT ACCESS");

(8) 1,592,783 ("BOOKSHELF"); and

(9) 2,188,125 ("OUTLOOK");

or the software programs, components, EULA, items or things protected by the following Certificate of Copyright Registration Nos.:

(1) Txu 649-511 ("Microsoft Windows 95");

(2) TX 4-687-920 ("Microsoft Windows 98");

(3) TX 4-395-984 ("Microsoft Office 97 (Professional Edition)");

(4) TX 4-395-639 ("Microsoft Access 97");

(5) TX 4-395-640 ("Microsoft Excel 97");

(6) TX 4-395-686 ("Microsoft Outlook 97");

(7) TX 4-395-685 ("Microsoft PowerPoint 97"); and

(8) TX 4-395-687 ("Microsoft Word 97");

or any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

(b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark

and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, item, or thing that has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

(e) using the names, logos, or other variations thereof any of Microsoft's copyright and/or trademark-protected software programs in any of Blowers' trade or corporate names;

(f) engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights; or constituting any dilution of Microsoft's name, reputation, or goodwill; and

(g) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

**IT IS SO ORDERED.**

DATED: January 17, 2003.

The Honorable Ann D. Montgomery
UNITED STATES DISTRICT JUDGE